IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NORTH EAST MEDICAL SERVICES, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES, et al.,**<br><br>Defendants. | Case No. C 12-02895 SBA<br><br>[PROPOSED] ORDER GRANTING DEFENDANTS' ADMINISTRATIVE MOTION FOR AN EXTENSION-OF-TIME TO FILE A RESPONSIVE PLEADING TO THE COMPLAINT |

Defendants California Department of Health Care Services, Toby Douglas, Director of California Department of Health Care Services, and State of California (collectively State Defendants) filed an administrative motion seeking a thirty-day extension-of-time to file a responsive pleading to the Complaint. The Court has read and considered the State Defendants' request. Good cause appearing, the State Defendants' request for a thirty-day extension-of-time is GRANTED.

IT IS ORDERED that the State Defendants shall be permitted until August 6, 2012 to file a responsive pleading to the Complaint.

Dated: 7/9/12

*Saundra B. Armstrong*
The Honorable Saundra B. Armstrong

1

Order Granting Admin. Mot. Requesting an Extension-of-Time (Case No. C 12-02895 SBA)