FILED

JUL 25 2012

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| NORTH EAST MEDICAL SERVICES, INC.,<br><br>　　Plaintiff<br><br>　　v.<br><br>CALIFORNIA DEPARTMENT OF HEALTHCARE SERVICES, ET AL.,<br><br>　　Defendants. | No. CV 12-2895 CW<br><br>**ORDER** |

IT IS HEREBY ORDERED THAT:

Case No. C 12-2895 shall now bear the initials CW.

IT IS SO ORDERED.

Dated: JUL 25 2012          _____
　　　　　　　　　　　　　　　　HONORABLE CLAUDIA WILKEN
　　　　　　　　　　　　　　　　United States District Judge

1