Robert F. Kane, Esq. (SBN 71407)
LAW OFFICES OF ROBERT F. KANE
870 Market Street, Suite 1128
San Francisco, CA 94102
Tel.: (415) 982-1510
Fax: (415) 982-5821
Rkane1089@aol.com

James L. Feldesman, Esq.
Marisa B. Guevara, Esq.
Matthew S. Freedus, Esq.
FELDESMAN TUCKER LEIFER FIDELL LLP
1129 20th Street, Fourth Floor
Washington, D.C. 20036
Tel.: (202) 466-8960
Fax: (202) 293-8103
jfeldesman@feldesmantucker.com
mguevara@feldesmantucker.com

Attorneys for Plaintiff North East Medical Services, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NORTH EAST MEDICAL SERVICES, INC.,** | **CASE NO. 12-CV-02895 CW** |
| *Plaintiffs,* <br> v. <br> **CALIFORNIA DEPARTMENT OF HEALTH CARE SERVICES AGENCY, STATE OF CALIFORNIA, et al.,** <br> *Defendants.* | **STIPULATION TO CONTINUE DATE OF HEARINGS AND CASE MANAGEMENT CONFERENCE; AND [PROPOSED] ORDER** |

## STIPULATION

WHEREAS, the hearing on State and Federal Defendants' Motions to Dismiss and the Case Management Conference is currently set for October 11, 2012;

AND WHEREAS, Plaintiffs' have filed a Motion to Strike a portion of State Defendant's Reply to Opposition to Motion to Dismiss, and as Plaintiffs believe the outcome of the pending Motion to Strike may affect the pending Motion to Dismiss, the parties have agreed to continue the hearing date on the Motions to Dismiss and the Case Management Conference

1  to November 15, 2012 in order to be heard concurrently with the Motion to Strike.

2  THEREFORE, IT IS HEREBY STIPULATED, by and between Plaintiffs North East
3  Medical Services, Inc. and Defendants California Department of Health Care Services; Toby
4  Douglas, Director of the California Department Health Care Services; State of California;
5  United States Department of Health and Human Services; and Kathleen Sebelius, Secretary of
6  United States Department of Health and Human Services, through their respective counsel, in
7  accordance with Civ. L. R. 6-2 and 7-12, that:

8  1. The hearing on Plaintiff's Motion to Strike will be heard on November 15,
9  2012 at 2:00 p.m. and Defendants' Motions to Dismiss and the Case Management Conference
10 in the above entitled action currently set for October 11, 2012 at 2:00 p.m. shall be continued to
11 November 15, 2012 at 2:00 p.m.

12 Dated: October 10, 2012              KAMALA D. HARRIS
                                       Attorney General of California
13                                     By____/s/
                                       Hadara R. Stanton
14                                     Deputy Attorney General
                                       Attorneys for State Defendants
15
16 Dated: October 10, 2012              MELINDA HAAG United States Attorney
                                       By____/s/
                                       Ila C. Deiss
17                                     Assistant United States Attorney
                                       Attorneys for Federal Defendants
18
19 Dated: October 10, 2012              FELDESMAN TUCKER LEIFER FIDELL LLP
                                       LAW OFFICES OF ROBERT F. KANE
20                                     s/RFK
                                       By: Robert F. Kane
21                                     Attorneys for Plaintiffs
                                       North East Medical Services, Inc.
22

23                                     [PROPOSED] ORDER

24  PURSUANT TO STIPULATION, IT IS SO ORDERED, except that the motion to strike
25  is decided on the papers and is denied.
    Dated: 10/10/2012
26                                     _____
                                       CLAUDIA WILKEN
27                                     United States District Judge
28